UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>Defendants. | No. 2:13-CV-1187 KJM CKD<br><br><br><br>ORDER |

      The Court having considered the Parties' Stipulation to Strike Allegations in the Second Amended Complaint (ECF 36), and for GOOD CAUSE HAVING BEEN SHOWN, the Parties' Stipulation to Strike Allegations in the Second Amended Complaint is hereby GRANTED.

      IT IS HEREBY ORDERED, that the following should be stricken from Plaintiff's Second Amended Complaint:

      1. Paragraph 5 (p. 2, l. 25): "restitution and monetary relief"

      2. Paragraph 5 (p. 2, l. 27): "benefits, interest" . . . "liquidated damages"

      3. Paragraph 5 (p. 3, l. 2): "227.3"

      4. Paragraph 39 (p. 10, l. 22): "lost interest on such monies and"

      5. Paragraph 40 (p. 10, l. 27-28): "including lost interest thereon"

      6. Paragraph 51 (p. 13, l. 2-3): "lost interest on such monies and"

7. Paragraph 52 (p. 13, l. 7): "including interest thereon"

8. Paragraph 104 (p. 24, l. 7-8): "lost interest on such wages"

9. Prayer for Relief (p. 31, l. 4-5): "and interest"

IT IS SO ORDERED.

DATED:  May 21, 2014.

_____
UNITED STATES DISTRICT JUDGE