UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAFFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>        Defendant.<br>_____ | No.  2:13-CV-01187 KJM CKD |
| RICHARD STAFFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>DOLLAR TREE STORES, INC.,<br><br>        Defendant. | No. 2:14-CV-1465 MCE DAD<br><br>RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of

1

these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that No. 2:14-cv-1465 is reassigned from District Judge Morrison C. England to the undersigned and from Magistrate Judge Dale A. Drozd to Magistrate Judge Caroline A. Delaney. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:14-cv-1465 KJM CKD. The motion to remand and motion for partial judgment on the pleadings pending in 14-cv-1465 are set for September 26, 2014 at 9:00 a.m. before Judge Mueller.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 29, 2014.

_____
UNITED STATES DISTRICT JUDGE