LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

DOMINIC J. MESSIHA, Bar No. 204544
dmessiha@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

JEFFREY MANN, Bar No. 253440
jmann@littler.com
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD STAFFORD, Individually,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:13-cv-01187-KJM-CKD<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF FOR LIMITED PURPOSES**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint Filed: November 18, 2012<br>FAC Filed: January 7, 2013<br>Case Removed: February 4, 2013<br>SAC Filed: February 12, 2013<br>TAC Filed: April 21, 2015<br>Trial Date: March 25, 2016 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND ORDER
EXTENDING CUTOFF

Case No. 2:13-cv-01187-KJM-CKD

## **STIPULATION**

Plaintiff RICHARD STAFFORD ("Stafford") and Defendant DOLLAR TREE STORES, INC. ("Defendant") have been diligently working to complete all discovery by the August 13, 2015 deadline. However, due to unforeseen issues, the parties have been unable to complete the following depositions: (1) the conclusion of Defendant's 30(b)(6) witness, (2) the deposition of non-party witness Kenneth O'Neal, and (3) the deposition of non-party witness Christopher Bryant.

Defendant produced witnesses for all topics listed in Plaintiff's 30(b)(6) notice, including witness Christine Yu. Plaintiff was unable to complete Ms. Yu's deposition in a single day, and while the parties were scheduling a final day of deposition, Ms. Yu moved to the Philippines, and is therefore unavailable. Defendant is diligently working on finding a replacement witness, but due to scheduling concerns the deposition may not go forward prior to the discovery cutoff.

Defendant served non-party Kenneth O'Neal with a deposition subpoena on June 30, 2015, commanding Mr. O'Neal to appear for deposition on July 14, 2015. Without any excuse, Mr. O'Neal did not appear for his deposition. Defendant served another subpoena on Mr. O'Neal in August 2015, commanding him to appear for deposition on August 11, 2015. Mr. O'Neal responded indicating that he was not available any time prior to the discovery cutoff, but that he was available on August 25, 2015.

Defendant served non-party Christopher Bryant with a deposition subpoena on May 5, 2015. Without excuse, Mr. Bryant did not appear for his deposition on May 21, 2015. Defendant has been diligently attempting to serve Mr. Bryant with a second deposition subpoena, but Mr. Bryant is evading service.

Therefore, the parties, by and through their respective counsel of record, hereby stipulate and agree that that the non-expert discovery cutoff should be extended until September 15, 2015, but only with respect to the depositions of the witnesses identified above. The parties also stipulate and agree that Defendant shall produce documents responsive to Requests for Production Nos. 66, 67 and 77 no later than September 15, 2015.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND ORDER EXTENDING CUTOFF | 1. | Case No. 2:13-cv-01187-KJM-CKD

Dated:  August 5, 2015                    Respectfully submitted,

                                                          GRAHAM**HOLLIS** APC

                                    By:   /s/ Joseph E. Jaramillo
                                             Graham S.P. Hollis
                                             Email: ghollis@grahamhollis.com
                                             Joseph E. Jaramillo
                                             Email: jjaramillo@grahamhollis.com
                                             Attorneys for Plaintiff
                                             RICHARD STAFFORD

Dated:  August 5, 2015                    Respectfully submitted,

                                             By:   /s/ Jeffrey Mann
                                             LINDBERGH PORTER
                                             DOMINIC MESSIHA
                                             JEFFREY MANN
                                             LITTLER MENDELSON, P.C.
                                             Attorneys for Defendant
                                             DOLLAR TREE STORES, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND ORDER EXTENDING CUTOFF        2.        Case No. 2:13-cv-01187-KJM-CKD

**ORDER**

Good cause appearing, the Court hereby **ORDERS** that the non-expert discovery cutoff is hereby extended until September 15, 2015, only with respect to: (1) the conclusion of Defendant's 30(b)(6) deposition, limited to the completion of those topics for which Christine Yu was designated as Defendant's witness, (2) the deposition of non-party witness Kenneth O'Neal, and (3) the deposition of non-party witness Christopher Bryant. Defendant shall also produce documents responsive to Plaintiff's Requests for Production Nos. 66, 67 and 77 no later than September 15, 2015.

DATED: August 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING CUTOFF    3.    Case No. 2:13-cv-01187-KJM-CKD

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940